Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ZACHARY BRANCH

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ZACHARY BRANCH,<br><br>  Plaintiff,<br><br>  v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC,<br>  Defendant. | **Case No.:** 8:18-cv-1484 |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, ZACHARY BRANCH, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, ADVANCED CALL CENTER TECHNOLOGIES, LLC.

DATED: October 19, 2018

RESPECTFULLY SUBMITTED,
AGRUSS LAW FIRM, LLC


By /s/ Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    LUCKIESIA BELTON

## **CERTIFICATE OF SERVICE**

    On October 19, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By /s/ Michael S. Agruss
    Michael S. Agruss