# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ZACHARY BRANCH, | ) Case No.: 8:18-cv-1484-JLS-ADS |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING EXTENSION** |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | ) **OF TIME TO RESPOND TO INITIAL COMPLAINT** |
| Defendant. | ) Complaint served: August 23, 2018 |
| | ) Current response date: October 19, 2018 |
| | ) New response date: October 26, 2018 |

Pursuant to the parties' stipulation, Defendant Advanced Call Center Technologies, LLC's deadline to respond to the Complaint is hereby extended to October 26, 2018.

**IT IS SO ORDERED.**

Dated:  October 22, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT

1